**STATE of Missouri, Respondent,**

v.

**Robert P. WOOLF, Appellant.**

**No. 70388.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 17, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 1997.

Application to Transfer Denied
Sept. 30, 1997.

Bob Tyler, Columbia, for Appellant.

Thomas I. Osborne, Pros. Atty., Randall M. England, Asst. Pros. Atty., Audrain County, Mexico, for respondent.

Before DOWD, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Defendant, Robert P. Woolf, appeals the judgment following his conviction by the trial court of one count of driving while his license was revoked in violation of § 302.321(1) RSMo.1994 for failure to comply with the

conditions of his limited driving privilege. Defendant was sentenced to thirty days in jail.

An extended opinion reciting the detailed facts and restating the principles of law would serve no jurisprudential purpose nor have any precedential value. The judgment is affirmed in accordance with Rule 30.25(b).